# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Case Number: 5:20-CV-00039-KDB

| | | |
|---|---|---|
| Michael Rink as Executor of the Estate of Ann Rink | ) ) ) ) | |
| **vs.** | ) ) | **ORDER** |
| VICOF II Trust | ) ) ) ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

Signed: May 17, 2022

Kenneth D. Bell
United States District Judge