IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00039-KDB

MICHAEL RINK,

Plaintiff,

v.

VICOF II TRUST,

Defendant.

FILED
STATESVILLE, NC

MAY 17 2022

U.S. District Court
Western District of N.C.

## Verdict Sheet

Was the life insurance policy issued to Ann Rink supported by an insurable interest? __Yes__

FOREPERSON

__05/17/2022__
DATE