# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Michael Rink,** | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | |
| | ) | 5:20-cv-00039-KDB |
| vs. | ) | |
| **VICOF II Trust,** | ) | |
| Defendant, | ) | |

DECISION BY JURY. This action having come before the Court by jury trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury verdict entered on May 17, 2022.

May 24, 2022

Frank G. Johns, Clerk
United States District Court